Daniel, Judge.
 

 The records of the court are the memorials of its transactions. Those transactions, thus entered, can be altered or expunged at by the court any time during the term they are entered, as in its discretion it may think proper, just or right. The order made in the present case, was one of those which the Superior Courts have a discretion to allow or refuse. It is an order which this court cannot interfere with, and must stand. I myself, as Judge of the Superior Court,
 
 *365
 
 made it, but now, on further reflection, I think I erred in so doing, as it did not appear that the plaintiff' was induced to consent that the clerk should make the entry, hy any fraud or contrivance practised on him, or that it was made under any mistake of his rights. A
 
 proce-dendo
 
 must be awarded.
 

 Per Curiam. — Procedendo awarded. .